UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* JESSICA SPISSINGER and MATTHEW PECULIS,<br><br>          Plaintiffs,<br>v.<br><br>NOVA PSYCHIATRIC SERVICES, P.C.; MARON DGA, P.C., D/B/A DANA GROUP ASSOCIATES; and PATRIOT BEHAVIORAL HEALTH, INC., F/K/A PATRIOT ELDERCARE, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 19-cv-11137-ADB<br>)<br>) **UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The United States and the Commonwealth of Massachusetts ("Massachusetts") having intervened in this matter, it is

**ORDERED** that the relators' complaint, the United States' and Massachusetts' Notice of Election to Intervene In Part and Decline In Part, and all pleadings filed thereafter shall be unsealed;

**ORDERED** that all other papers in this action filed prior to the filing of the United States' and Massachusetts' Notice of Election to Intervene In Part and Decline In Part shall remain sealed; and

**ORDERED** that a copy of this Order shall be served upon the United States and Massachusetts, and that the United States and Massachusetts may share the Order with the relators and counsel for the relators.

Dated: 8/12/2024

ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE