UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* <br> *ex rel.* JESSICA SPISSINGER and <br> MATTHEW PECULIS, <br><br> Plaintiffs, <br> v. <br><br> NOVA PSYCHIATRIC SERVICES, P.C.; <br> MARON DGA, P.C., D/B/A DANA GROUP <br> ASSOCIATES; PATRIOT BEHAVIORAL <br> HEALTH, INC., F/K/A PATRIOT <br> ELDERCARE, INC., MIGUEL SARAVIA, <br> DR. ALEXANDRA ACCARDI, <br><br> Defendants. | No. 19-cv-11137-ADB |

## JOINT STATUS REPORT

Pursuant to this Court's Order on March 28, 2025, *see* Dkt. No. 61, the United States of America, the Commonwealth of Massachusetts (together with the United States, the "government"), and relators Jessica Spissinger and Matthew Peculis hereby submit a joint status report. The following summarizes the status of the settlement discussions in the six weeks since the last status report (*see* Dkt. No. 60), and plans for further discussion, as to the intervened defendants.

### Miguel Saravia and Maron DGA, P.C. d/b/a Dana Group Associates

Defendant Miguel Saravia, the owner of defendant Maron DGA, P.C., d/b/a Dana Group Associates ("Dana"), and former Chief Executive Office of defendant Nova Psychiatric Services, P.C. ("Nova"), specifically requested that the parties discuss a global resolution of both the civil case and the United States' criminal investigation. On September 26, 2024, Mr. Saravia pled guilty by Information to six counts of health care fraud and he was sentenced on March 26, 2025 to three and a half months in prison.

1

As to the civil case, in the six weeks since the last status report, the government has continued to work with Mr. Saravia to assess his ability to pay a settlement. Mr. Saravia provided additional documents requested by the government to facilitate the government's analysis of Mr. Saravia's ability to pay the civil resolution on or about April 9. A financial analyst assisting the government assessed those documents and provided the United States with an initial assessment of Mr. Saravia's ability to pay the government's assessed damages over a period of time. The analyst also identified additional concerns related to Mr. Saravia's future income prospects. On May 1, the United States met with Mr. Saravia's counsel to discuss the financial analyst's assessment and concerns. The United States also shared additional questions the financial analyst had after reviewing Mr. Saravia's additional documentation.

Mr. Saravia intends to provide responses to the government to further facilitate the ability to pay review, but he needs additional time. In addition to responding to the analyst's questions, Mr. Saravia is currently selling property that required a modification of his divorce decree from the state probate court. Mr. Saravia obtained authority to modify divorce decree on or about April 23. The details of the future sale of this property may have additional financial impacts on the government's assessment of Mr. Saravia's ability to pay.

These issues are expected to resolve over the next 45 days. Upon resolution of these issues, the government, the relators, and Mr. Saravia expect to begin discussions on memorializing a settlement agreement. If the parties are unable to come to an agreement, however, the government will proceed with the litigation against Mr. Saravia and Dana.

### **Dr. Alexandra Accardi and Nova Psychiatric Services, P.C.**

Similar to Mr. Saravia, co-defendant Dr. Accardi, the owner of co-defendant Nova, expressed a desire to settle this matter with the government prior to the initiation of litigation. In the six weeks since the last status report, the government and Dr. Accardi have held several

substantive discussions regarding a potential settlement of this case.  As the discussions continue to progress, Dr. Accardi reports, through counsel, that she is regularly meeting with her financial representatives to discuss her ability to pay a settlement with the government.  Further, a settlement with Dr. Accardi is linked to any settlement with Mr. Saravia because the government is seeking payment from them for some false claims on the basis of joint and several liability.  As with Mr. Saravia, if Dr. Accardi and the government are unable to come to an agreement, the government will proceed with the litigation against Dr. Accardi and Nova.

***

The government and the relators contend that the continued settlement discussions, outlined above, are currently in the best interests of all the parties and this Court.  Given Mr. Saravia's and Dr. Accardi's claims of limited financial circumstances, a review of their finances in anticipation of a potential civil resolution prior to the initiation of substantive litigation avoids their needless spending on a protracted litigation while preserving their assets for a potential settlement.  Moreover, given the collective desire to reach a settlement in this matter, the parties believe that expending efforts on reaching settlements in this case, as opposed to conducting litigation at this juncture, is the best use of valuable government and judicial resources.

The United States, Massachusetts, and the relators propose to file another status report with the Court in 45 days which will further detail the status of the settlement discussions with the defendants.  Should the governments and the relators report that efforts toward settlement are proving futile with any of the defendants, the governments and the relators will begin substantive litigation of this case.

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY | ANDREA JOY CAMPBELL |
| United States Attorney | Attorney General |

| | |
|---|---|
| */s/ Steven T. Sharobem* | */s/ Katie Cooper Davis* |
| STEVEN T. SHAROBEM | KATIE COOPER DAVIS |
| LINDSEY ROSS | (BBO# 694251) |
| Assistant United States Attorneys | BERNARDO CUADRA (BBO # 679762) |
| United States Attorney's Office | Assistant Attorneys General |
| One Courthouse Way, Suite 9200 | Commonwealth of Massachusetts |
| Boston, MA 02210 | Office of the Attorney General |
| Phone: (617) 748-3100 | One Ashburton Place, 18th Floor |
| steven.sharobem@usdoj.gov | Boston, MA 02110 |
| lindsey.ross@usdoj.gov | Phone: (617) 963-2498 |
| | Fax: (617) 573-5367 |
| | katie.davis@mass.gov |
| | bernardo.cuardra@mass.gov |

RELATORS JESSICA SPISSINGER and
MATTHEW PECULIS

By their attorney,

*/s/ Jeffrey A. Newman*
JEFFREY A. NEWMAN
(BBO# 370450)
Jeff Newman Law
1 Story Terrace
Marblehead, MA 01945
Phone: (978) 880-4758
jeffrey.newman1@gmail.com

## CERTIFICATE OF SERVICE

  I certify that, on May 7, 2025, I caused a copy of the foregoing document to be served by ECF to all parties currently on record.

Dated: May 7, 2025      By:   */s/ Steven T. Sharobem*
                    STEVEN T. SHAROBEM
                    Assistant United States Attorney