UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA SPISSINGER and MATTHEW PECULIS,<br><br>      Plaintiffs,<br>  v.<br><br>NOVA PSYCHIATRIC SERVICES, P.C.; MARON DGA, P.C., D/B/A DANA GROUP ASSOCIATES; and PATRIOT BEHAVIORAL HEALTH, INC., F/K/A PATRIOT ELDERCARE, INC.,<br><br>      Defendants. | No. 19-cv-11137-ADB |

## NOTICE OF APPEARANCE

Assistant Attorney General Shannon Keating hereby enters her appearance on behalf of the Commonwealth of Massachusetts in this action.

                              Respectfully submitted
                              for the Commonwealth,

                              ANDREA JOY CAMPBELL
                              ATTORNEY GENER

                By:    /s/ Shannon Keating
                       SHANNON KEATING (BBO #704125)
                       Assistant Attorney General
                       Office of the Attorney General
                       One Ashburton Place
                       Boston, MA 02108
                       617-963-2611
                       shannon.keating@mass.gov

Date:  September 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, this document was filed through the CM/ECF system. Notice of this filing will be sent electronically to all parties as identified on the Notice of Electronic Filing.

>	Steven T. Sharobem
>	Lindsey Ross
>	Assistant United States Attorneys
>	United States Attorney's Office
>	One Courthouse Way, Suite 9200
>	Boston, MA 02210
>	steven.sharobem@usdoj.gov
>	lindsey.ross@usdoj.gov

>	Jeffrey A. Newman
>	Newman Law
>	1 Story Terrace
>	Marblehead, MA 01945
>	jeffrey.newman1@gmail.com

Date:  September 18, 2025			/s/ Shannon Keating
						Assistant Attorney General