UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA SPISSINGER and MATTHEW PECULIS, <br><br>    Plaintiffs, <br><br>    v. <br><br> NOVA PSYCHIATRIC SERVICES, P.C., MARON DGA, P.C., D/B/A DANA GROUP ASSOCIATES; PATRIOT BEHAVIORAL HEALTH, INC., F/K/A PATRIOT ELDERCARE, INC., MIGUEL SARAVIA, DR. ALEXANDRA ACCARDI, <br><br>    Defendants. | No. 19-cv-11137-ADB |

## JOINT STATUS REPORT

Pursuant to this Court's Order on September 16, 2025, *see* Dkt. No. 69, the United States of America, the Commonwealth of Massachusetts (together with the United States, the "government"), and relators Jessica Spissinger and Matthew Peculis hereby submit a joint status report. The following summarizes the status of the settlement discussions in the six weeks since the last status report (*see* Dkt. No. 66), and plans for further discussion, as to the intervened defendants.

### Miguel Saravia and Maron DGA, P.C. d/b/a Dana Group Associates

Defendant Miguel Saravia, the owner of defendant Maron DGA, P.C., d/b/a Dana Group Associates ("Dana"), and former Chief Executive Office of defendant Nova Psychiatric Services, P.C. ("Nova"), specifically requested that the parties discuss a global resolution of both the civil case and the United States' criminal investigation. On September 26, 2024, Mr. Saravia pled guilty by Information to six counts of health care fraud, and on March 26, 2025, the Court

sentenced him to three and a half months in prison beginning on September 8, 2025. Mr. Saravia is presently incarcerated.

As to the civil case, in the six weeks since the last status report, the government and Mr. Saravia's counsel have continued negotiations on a potential civil resolution. Medicare recently revoked Dana's billing privileges, retroactive to September 2024, and a private payor revoked Dana's billing privileges effective November 30, 2025. These revocations may impact Mr. Saravia's future income and has necessitated a reassessment of Mr. Saravia's ability to pay any civil settlement. Mr. Saravia's counsel provided additional information about Mr. Saravia's future involvement with various businesses and expected income, and his maintenance or sale of certain real estate holdings. The government and Mr. Saravia's counsel met on October 30 to discuss the renewed financial assessment, and to determine whether the government will require additional information.

In the next forty-five days, the government expects to complete its assessment of this additional information concerning Mr. Saravia's current and future financial position and engage with counsel for Mr. Saravia to reach agreement on a settlement number. If the parties are unable to come to an agreement, however, the government will proceed with the litigation against Mr. Saravia and Dana.

### Dr. Alexandra Accardi and Nova Psychiatric Services, P.C.

Similar to Mr. Saravia, co-defendant Dr. Accardi, the owner of co-defendant Nova, expressed a desire to settle this matter with the government prior to litigation. On October 7, 2025, the government, Dr. Accardi, and Nova reached a tentative agreement to settle this matter. The parties are working to memorialize this agreement in writing, and the government is seeking the necessary approvals to enter into that written agreement. Although the government hopes to

finalize this process prior to the next status report, the ongoing government shutdown may delay this timing.

## Discussion

The government and the relators contend that continued settlement discussions, outlined above, are currently in the best interests of all the parties and this Court.  Given Mr. Saravia's claims of limited financial circumstances, and recent events potentially impacting his financial condition further, an additional review of his finances in anticipation of a potential civil resolution prior to the initiation of substantive litigation avoids needless spending on a litigation while preserving his assets for a potential settlement.  Moreover, given the government's tentative agreement with Dr. Accardi and Nova to settle this matter, the government and the relators believe that memorializing and finalizing the details of the settlement is the best use of valuable government and judicial resources.

The United States, Massachusetts, and the relators propose to file another status report with the Court in forty-five days which will further detail the status of the settlement discussions with the defendants.  Should the government and the relators report that efforts toward settlement are proving futile with any of the defendants, the government and the relators will begin to litigate this case.

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY<br>United States Attorney | ANDREA JOY CAMPBELL<br>Attorney General |
| | |
| */s/ Steven T. Sharobem*<br>STEVEN T. SHAROBEM<br>LINDSEY ROSS<br>Assistant United States Attorneys<br>United States Attorney's Office<br>One Courthouse Way, Suite 9200 | */s/ Katie Cooper Davis*<br>KATIE COOPER DAVIS<br>(BBO 694251)<br>BERNARDO CUADRA (BBO 679762)<br>Assistant Attorneys General<br>Commonwealth of Massachusetts |

| | |
|---|---|
| Boston, MA 02210<br>Phone: (617) 748-3100<br>steven.sharobem@usdoj.gov<br>lindsey.ross@usdoj.gov | Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02110<br>Phone: (617) 963-2498<br>Fax: (617) 573-5367<br>katie.davis@mass.gov<br>bernardo.cuadra@mass.gov |

RELATORS JESSICA SPISSINGER and
MATTHEW PECULIS

By their attorney,

*/s/ Jeffrey A. Newman*
JEFFREY A. NEWMAN
(BBO 370450)
Jeff Newman Law
1 Story Terrace
Marblehead, MA 01945
Phone: (978) 880-4758
jeffrey.newman1@gmail.com

## CERTIFICATE OF SERVICE

I certify that, on October 31, 2025, a copy of the foregoing document was served on the following counsel through the ECF system:

*Counsel for the relators*

Jeffrey A. Newman
Jeff Newman Law
1 Story Terrace
Marblehead, MA 01945
jeffrey.newman1@gmail.com

Dated: October 31, 2025          By:     */s/ Steven T. Sharobem*
                                          STEVEN T. SHAROBEM
                                          Assistant United States Attorney