**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* JESSICA SPISSINGER and MATTHEW PECULIS, Plaintiffs, v. NOVA PSYCHIATRIC SERVICES, P.C., MARON DGA, P.C., D/B/A DANA GROUP ASSOCIATES; PATRIOT BEHAVIORAL HEALTH, INC., F/K/A PATRIOT ELDERCARE, INC., MIGUEL SARAVIA, DR. ALEXANDRA ACCARDI, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **No. 19-cv-11137-ADB** |

## JOINT STATUS REPORT

Pursuant to this Court's Order on March 26, 2026, *see* Dkt. No. 80, the United States of America, the Commonwealth of Massachusetts (together with the United States, the "government"), and relators Jessica Spissinger and Matthew Peculis hereby submit a joint status report. The following summarizes the status of the settlement discussions since the hearing before the Court on March 26, 2026, *see* Dkt. No. 79, and plans for bringing this matter to a close.

### Miguel Saravia and Maron DGA, P.C. d/b/a Dana Group Associates

Since the March 26, 2026 hearing, the parties have engaged in numerous discussions with Defendant Miguel Saravia, the owner of defendant Maron DGA, P.C., d/b/a Dana Group Associates ("Dana"), and former Chief Executive Officer of defendant Nova Psychiatric Services, P.C. ("Nova"), on a possible settlement - a process complicated by numerous financial hurdles. On Tuesday, May 5, the United States reached a handshake settlement with Saravia and Dana, on an ability to pay settlement. The parties are proceeding to memorialize the settlement,

and the United States and the Commonwealth of Massachusetts will seek to obtain the necessary government approvals. The relators will initiate negotiations with the defendants as to the relators' entitlement to attorneys' fees, and reasonable costs and expenses.

If the parties are unable to memorialize the settlement, the governments will proceed with the litigation against Mr. Saravia and Dana.

### Dr. Alexandra Accardi and Nova Psychiatric Services, P.C.

The parties held a number of discussions since March 26, 2026 to resolve all remaining disputes related to the settlement agreement's language. The discussions proved fruitful and we now have finalized a written settlement agreement. The settlement agreement is awaiting the signature of defendant Dr. Accardi and co-defendant, Nova; the United States expects those signatures shortly. The relators will begin negotiating with Dr. Accardi and Nova on the relators' entitlement to attorneys' fees, and reasonable costs and expenses in the coming days.

### Discussion

As set forth above, the parties have worked diligently since March 26, 2026 to reach a settlement with all of the defendants that will effectively resolve all of the False Claims Act allegations involving the United States and the Commonwealth of Massachusetts in this matter. The parties expect to announce the written settlement with Dr. Accardi and Nova very shortly. The parties further expect to memorialize the ability-to-pay handshake settlement with Mr. Saravia and Dana over the next few weeks, and the United States and Commonwealth of Massachusetts will seek to obtain the necessary government approvals to effectuate the settlement thereafter. The relators also expect to begin negotiating attorneys' fees, and reasonable costs and expenses with all of the defendants.

The United States, Massachusetts, and the relators hope to have all matters resolved over the next forty-five days.  To the extent that the process is not completed by then, the United States, Massachusetts, and the relators will file another status report with the Court in forty-five days. Should the government and the relators report that efforts towards finalizing a settlement have proven futile with any of the defendants, the government and the relators will begin to litigate this case.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

ANDREA JOY CAMPBELL
Attorney General


*/s/ Steven T. Sharobem*
STEVEN T. SHAROBEM
LINDSEY ROSS
Assistant United States Attorneys
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
Phone: (617) 748-3100
steven.sharobem@usdoj.gov
lindsey.ross@usdoj.gov

*/s/ Katie Cooper Davis*
KATIE COOPER DAVIS
(BBO 694251)
BERNARDO CUADRA (BBO 679762)
Assistant Attorneys General
Commonwealth of Massachusetts
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02110
Phone: (617) 963-2498
Fax: (617) 573-5367
katie.davis@mass.gov
bernardo.cuadra@mass.gov


RELATORS JESSICA SPISSINGER and
MATTHEW PECULIS

By their attorney,

*/s/ Jeffrey A. Newman*
JEFFREY A. NEWMAN
(BBO 370450)
Jeff Newman Law
1 Story Terrace
Marblehead, MA 01945
Phone: (978) 880-4758
jeffrey.newman1@gmail.com

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on May 8, 2026, a copy of the foregoing document was served on the counsel of record through the ECF system.


Dated: May 8, 2026                          By:     */s/ Steven T. Sharobem*
                                                    STEVEN T. SHAROBEM
                                                    Assistant United States Attorney

4